Marc N. Kapetan, Esq./SBN: 158322
**KAPETAN BROTHERS, LLP**
1236 "M" Street
Fresno, CA 93721-1806
Telephone: (559) 498-8000

Attorney for: Defendant REGINA CHICO-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REGINA CHICO-GARCIA<br> aka Elizabeth Murillo,<br><br>        Defendant. | Case No. 1:13-CR-292 AWI<br><br>STIPULATION TO CHANGE STATUS CONFERENCE HEARING TO A CHANGE OF PLEA;<br>ORDER |

  The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Mia A. Giacomazzi, Assistant United States Attorney, and the defendant, by and through her attorney, Marc N. Kapetan, hereby stipulate and agree that the status conference as to Regina Chico Garcia, previously scheduled for December 9, 2013, at 1:00 p.m. in Courtroom 8 before the Honorable Judge Barbara A. McAuliffe, be changed to a Change of Plea hearing to take place on December 9, 2013, at 10:00 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii.

DATED: _____         BENJAMIN B. WAGNER
                 United States Attorney

                /s/ Mia Giacomazzi (as Authorized on 12/5/13)
                 MIA A. GIACOMAZZI,
                 Assistant U.S. Attorney

DATED: _____         /s/ Marc Kapetan, Esquire
                 MARC N. KAPETAN,
                 Attorney for Regina Chico Garcia

**ORDER**

IT IS SO ORDERED.

Dated:   December 5, 2013                    _____
SENIOR  DISTRICT  JUDGE