Marc N. Kapetan, Esq./SBN: 158322
**KAPETAN BROTHERS, LLP**
1236 "M" Street
Fresno, CA 93721-1806
Telephone: (559) 498-8000

Attorney for: Defendant REGINA CHICO-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                      v.<br><br>REGINA CHICO-GARCIA<br>  aka Elizabeth Murillo,<br><br>                         Defendant. | Case No. 1:13-CR-292 AWI<br><br>STIPULATION TO ADVANCE SENTENCING HEARING; |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Mia A. Giacomazzi, Assistant United States Attorney, and the defendant, by and through her attorney, Marc N. Kapetan, hereby stipulate and agree that the sentencing hearing as to Regina Chico Garcia, currently scheduled for February 24, 2014, at 10:00 a.m. in Courtroom 2 before the Honorable Judge Anthony W. Ishii, be advanced to take place on January 21, 2014, at 10:00 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii.

DATED: January 15, 2014
                                BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Mia Giacomazzi (as Authorized on 1/15/14)
                                  MIA A. GIACOMAZZI,
                                  Assistant U.S. Attorney

DATED: January 15, 2014
                                /s/ Marc Kapetan, Esquire
                                  MARC N. KAPETAN,
                                  Attorney for Regina Chico Garcia

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO ORDERED.

Dated: January 16, 2014

_____
SENIOR DISTRICT JUDGE