FILED

JAN 21, 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No CR-13-292-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| REGINA CHICO GARCIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The above named defendant having been sentenced on JANUARY 21, 2014 TO 6 MONTHS (TIME SERVED)

    IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 1-21-14

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1